# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME ALLIANCE BANK INC., <br><br> Plaintiff, <br><br> v. <br><br> DRE HEALTH CORPORATION, et al., <br><br> Defendants. | No. 2:22-cv-06654-JAK (Ex) <br><br> **JUDGMENT** <br><br><br> **JS-6** |

On September 16, 2022, Plaintiff Prime Alliance Bank, Inc. ("Prime Alliance") filed this action against DRE Health Corporation ("DRE") and A. Isaac Bawany, aka Ahmed I. Bawany or Ahmed Ishaq Bawany ("Bawany," or together with DRE, "Defendants"), asserting causes of action for breach of contract and replevin / attachment / inspection. On July 10, 2023, Prime Alliance's Motions for Default Judgment were granted in substantial part.

IT IS HEREBY ORDERED, ADJUDICATED, and DECREED that:

1. Judgment is entered in favor of Prime Alliance and against Defendants.

2. Defendants are ordered to pay Prime Alliance monetary damages in the amount of $1,915,790.22 plus post-judgment interest thereon. Post-judgment interest shall accrue beginning on the date of this Judgment and accrue in the amount of 1.5% per month. Defendants shall be jointly and severally liable for these amounts.

3. Defendants are further ordered to pay Prime Alliance attorneys' fees in the following amounts. Defendants shall be jointly and severally liable for $9,675.00 in attorney's fees, and Bawany alone shall be liable for an additional $3,382.50 in attorney's fees.

4. Defendants are further ordered to pay Prime Alliance all costs that may be awarded to it by the Clerk pursuant to L.R. 54-2.

**IT IS SO ORDERED.**

Dated:  July 21, 2023

John A. Kronstadt
United States District Judge